**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re: Michael Ray Gillespie II            Case No. 14-32689-KRH

                                                                        Chapter 13

    Debtor(s)

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the debtor (s) on **May 19, 2014**, replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);

**It is ORDERED that**:

(1) the Plan as filed or modified is CONFIRMED.
(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3) All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be *de minimis*, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4) Other provisions:

Dated: Jul 22 2014

RICHMOND, VIRGINIA

I ASK FOR THIS:

/s/Robert E. Hyman
Robert E. Hyman
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979
VSB #5578

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
Entered On Docket Jul 23 2014

**PARTIES TO RECEIVE COPIES:**
Michael Ray Gillespie II
11802 Birchwood Court
Locust Grove, VA  22508

ConfirmingOrder

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 14-32689-KRH
Michael Ray Gillespie, II                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: cummingsj          Page 1 of 1                Date Rcvd: Jul 23, 2014
                              Form ID: pdford3         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2014.
db             +Michael Ray Gillespie, II,    11802 Birchwood Court,    Locust Grove, VA 22508-3076

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2014 at the address(es) listed below:
              Angela Nicole Watson    on behalf of Creditor    Select Portfolio Servicing, Inc., as Servicing
               Agent for Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee, on Behalf of
               the Holders of the Structured Asset Mortgage Investments II anwatson@closingsource.net,
               khildebeidel@closingsource.net;vaecf@closingsource.net;gmullen@closingsource.net
              James M. Collins    on behalf of Creditor    Select Portfolio Servicing, Inc., as Servicing Agent
               for Wilmington Trust, NA, Successor Trustee to Citibank, N.A., as Trustee, on Behalf of the
               Holders of the Structured Asset Mortgage Investments II jacollins@closingsource.net,
               Jmacg@Earthlink.net;vaecf@closingsource.net
              Patrick Thomas Keith    on behalf of Debtor Michael Ray Gillespie, II ecf@bolemanlaw.com,
               ecfbackup@bolemanlaw.com
              Robert E. Hyman    station08@ricva.net,   ecfsummary@ricva.net
                                                                                               TOTAL: 4